THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES BOSTON DOUGLAS, Appellant.—

Herlihy, P. J., Reynolds, Staley, Jr., Greenblott and Cooke, JJ., concur.